UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ANTHONY FRANCHI,

    Plaintiff,

    v.

BROADSOFT, INC.,
JOHN D. MARKLEY, JR.,
MICHAEL TESSLER,
DAVID BERNARDI,
JANE DIETZE,
JOHN J. GAVIN, JR.,
ANDREW M. GEISSE,
PAUL MAGELLI,
DOUGLAS L. MAINE,
EVA SAGE-GAVIN,
CISCO SYSTEMS, INC., and
BROOKLYN ACQUISTION CORP.,

    Defendants.

Civil Action No. TDC-17-3488

## ORDER

On June 19, 2018, Plaintiff Adam Franchi filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 9. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.

Date: June __19__, 2018

THEODORE D. CHUANG
United States District Judge